# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

156506

*In re* DETMER/BEAUDRY, Minors.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 156506
COA: 336348
Kent CC Family Div:
16-052784-NA; 16-052785-NA

_____/

On order of the Court, the application for leave to appeal the August 22, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017

Clerk

t1031